STATE OF CONNECTICUT *v.* JAMES OLIVER

The motion by L. Scott Melville to withdraw his appearance for the defendant in the appeal from the Superior Court in Fairfield County is denied.

*L. Scott Melville,* in support of the motion.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Argued January 5—decided January 5, 1971

SOGHRA S. I. THOMPSON *v.* ALLEN G. THOMPSON

The motion by the plaintiff to dismiss the appeal from the Superior Court in New Haven County is granted.

*Joseph F. Weigand, Jr.,* for the appellee (plaintiff).

*Igor I. Sikorsky, Jr.,* for the appellant (defendant).

Argued January 5—decided January 5, 1971

WILLIAM S. PITT, JR. *v.* GEORGE BOSSERT ET AL.

The motion by the third party defendant in the appeal from the Superior Court in Fairfield County to strike from the record the memorandum filed in opposition to its motion to dismiss the appeal is denied.

*Bruce E. Stern,* in support of the motion.

*Warren W. Eginton,* in opposition.

Submitted December 31, 1970—decided January 5, 1971